UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JAMES BUHS,
    Petitioner

v.

Case No.: 2:17-CV-14117-RLR

SECRETARY, DEPARTMENT OF CORRECTIONS, STATE OF FLORIDA
    Respondent

**AMENDED ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION, GRANTING WRIT OF HABEAS CORPUS**

This matter comes before the Court upon Petitioner James Buhs's ("Petitioner") Amended Habeas Corpus Petition under 28 U.S.C. § 2254 [DE 8]. The Court referred the Petition to Magistrate Judge Shaniek Maynard for a Report and Recommendation ("R&R"). DE 41. On May 23, 2022, Judge Maynard issued an R&R in which she recommended that the Petition be granted. DE 69. This Court re-referred the Petition to Judge Maynard for a supplemental R&R [DE 72] clarifying issues raised in the parties' objections [DEs 70, 71]. The parties submitted joint supplemental briefing [DE 74], after which Judge Maynard issued a supplemental R&R, [DE 76]. The parties filed notices that they did not intend to file any objections to that supplemental R&R. DEs 77, 78.

The Court has conducted a *de novo* review of the Report and Recommendation and the entire record and is otherwise fully advised in the premises. The Court agrees with the analysis

and conclusions in the both the initial R&R and the supplemental R&R and finds Judge Maynard's recommendations to be well reasoned and correct.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Magistrate Judge Maynard's Report and Recommendation [DE 69] and Supplemental R&R [DE 76] are **ADOPTED in full** as the Order of the Court.

2. Petitioner's Amended Habeas Corpus petition under 28 U.S.C. § 2254 [DE 8] is **GRANTED** as to the morphine conviction only.

3. A Writ of Habeas Corpus directing Ricky D. Dixon, Secretary, Florida Department of Corrections, to discharge Mr. Buhs from custody on the morphine conviction and further directing the Martin County Circuit Court to vacate Mr. Buhs's Plea, Judgment, and Sentence on the morphine conviction shall issue. This Writ will have no effect on Mr. Buhs's Pleas, Judgments, Sentences, and Custody as to the remaining charges in this case, including the conviction for possession of a firearm or ammunition by a convicted felon.

3. A Certificate of Appealability **SHALL NOT ISSUE**.

DONE AND ORDERED in Chambers, West Palm Beach, Florida, this 26th day of August, 2022.

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE